**Ricardo EVANS, Petitioner–Appellant,**

v.

**Ronald ANGELONE, Director, Department of Correction, State of Virginia, Respondent–Appellee.**

No. 00–7195.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2001.

Decided Feb. 22, 2001.

Ricardo Evans, pro se.

Before WIDENER and WILLIAMS,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

PER CURIAM.

Ricardo Evans seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Evans' motions to pro-

that this is a new claim and therefore not properly before this Court on appeal.

ceed on appeal in forma pauperis and for appointment of counsel, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See Evans v. Angelone,* No. CA–00–3–A (E.D.Va. filed Apr. 3, 2000; entered Apr. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*